# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | )    **Case No. 20-30845** |
| **GABBIDON BUILDERS, LLC,** | ) |
| | )    **Chapter 11** |
| Debtor. | ) |

## JOINDER TO BANKRUPTCY ADMINISTRATOR'S
## OBJECTION TO CHAPTER 11 PLAN OF REORGANIZATION

**NOW COME** BELVA and MYRON MARTIN, ERIC and SHAMEA SHELTON, and MUKESH and SANDYHA NIGAM, creditors and parties-in-interest in the above-referenced case (collectively "Creditors"), by and through undersigned counsel, hereby concurring with the Bankruptcy Administrator's Objection to Chapter 11 Plan of Reorganization filed on January 21, 2021, ("Objection") [Doc. No. 86]

**WHEREFORE**, the undersigned asks that the Court sustain this Objection, deny confirmation of Debtor's Plan, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted, this the 22th day of January, 2021

                **WEAVER & BUDD, ATTORNEYS at LAW, PLLC.**

                */s/ Laura H. Budd*
                NC State Bar No. 28823
                352 East Charles St.
                Matthews, NC 28105
                Telephone: (704) 841-0760
                Facsimile:  (704) 844-8936
                lbudd@weaverbuddlaw,com
                *Attorney for Martins, Sheltons, & Nigams*

## CERTIFICATE OF SERVICE

I, Laura H. Budd, hereby certify that on this 22nd day of January 2021 served a copy of Creditors Martins, Sheltons, and Nigams **JOINDER TO BANKRUPTCY ADMINISTRATOR'S OBJECTION TO CHAPTER 11 PLAN OF REORGANIZATION** with the Clerk of Court using CM/ECF system, which sent notification of such filing to those individuals registered to receive electronic notifications through the Clerk of Court regarding this case.

**WEAVER & BUDD, ATTORNEYS at LAW, PLLC.**

*/s/ Laura H. Budd*
NC State Bar No. 28823
352 East Charles St.
Matthews, NC 28105
Telephone: (704) 841-0760
Facsimile: (704) 844-8936
lbudd@weaverbuddlaw,com
*Attorney for Martins, Sheltons, & Nigams*