IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **Gabbidon Builders, LLC** | ) | Case No. 20-30845 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF OPPORTUNITY FOR HEARING
(**No Protest Notice – No Hearing Will be Held Unless Request for Hearing is Filed**)

PLEASE TAKE NOTICE that Cole Hayes, Trustee for the estate of the above captioned Chapter 7 bankruptcy, has filed a *Motion to Approve Settlement Pursuant to Bankruptcy Rule 9019* (the "Motion").

PLEASE TAKE FURTHER NOTICE that your rights may be affected by the Motion. You should read the Motion carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult with one.

PLEASE TAKE FURTHER NOTICE that in order for a hearing to be held on the Motion, written responses, if any, must be filed on or before **November 16, 2021** (the "Response Deadline") in order to be considered. If you do not want the Court to grant the relief requested in the Motion, or if you oppose it in any way, you MUST:

(1) File a formal, written a response with the Bankruptcy Court at:

Clerk, United States Bankruptcy Court
Charles Jonas Federal Building
401 West Trade Street
Charlotte, North Carolina 28202

(2) Serve a copy of your response on all parties in interest, including:

U.S. Bankruptcy Administrator
402 West Trade Street
Charlotte, NC 28202

Cole Hayes, Trustee
601 S. Kings Drive
Suite F PMB #411
Charlotte, NC 28204

2

      PLEASE TAKE FURTHER NOTICE that IF RESPONSES ARE TIMELY FILED, a hearing on the Motion will be held before the Honorable Laura T. Beyer at the United States Bankruptcy Court, Charles Jonas Federal Building, Courtroom 2A, 401 West Trade Street, Charlotte, North Carolina on **December 15, 2021 at 9:30 A.M. (ET)**.

      PLEASE TAKE FURTHER NOTICE that, if you or your attorney do not file a written response to the Motion on or before the Response Deadline, the Court may grant the relief requested in the Motion without a hearing.  No further notice will be given.

Dated: Charlotte, North Carolina
       October 26, 2021

                                                   */s/ Cole Hayes*
                                      Cole Hayes (Bar No. 44443)
                                      601 S. Kings Drive
                                      Suite F PMB #411
                                      Charlotte, NC 28204
                                      704-490-4247
                                      cole@colehayeslaw.com
                                      *Trustee and attorney for the Trustee*